```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT, *on behalf of herself and all others similarly situated*,

                       Plaintiff,

-against-

RUBY TUESDAY, INC.,

                       Defendant.

16 CV 9220 (RA)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including January 31, 2017. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendant:

By: _____
John D. Bosco, Esq.
Leon Cosgrove, LLC
8117 Preston Road
Dallas, TX 75225
Telephone: (214) 578-3529
jbosco@leoncosgrove.com

Date: 12-28-2016

SO ORDERED

_____
U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 12-28-16

_____
12/29/2016
Dated